IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VALENTINA OSAYANDE individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ADVENTHEALTH FOUNDATION, INC.,<br><br>    Defendant. | Case No. 1:23-cv-04362 |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated February 21, 2024 (Doc. 21), Plaintiff Valentina Osayande ("Plaintiff") and Defendant Adventist Midwest Health d/b/a AdventHealth Bolingbrook, incorrectly named as AdventHealth Foundation, Inc. ("Defendant"), through their undersigned counsel, hereby provide the following status report:

    1.    On July 6, 2023, Plaintiff filed a collective action under the Fair Labor Standards Act ("FLSA") and class action under the Illinois Minimum Wage Law ("IMWL") against Defendant. Plaintiff alleges that Defendant failed to properly pay its current and former non-exempt employees one and one-half times their regular rate of pay for hours worked in excess of 40 hours per week, failed to factor earned, non-discretionary bonuses into the regular rate for the purpose of determining each employees' appropriate overtime rates of pay, and automatically deducting a thirty-minute meal break from each shift, regardless of whether the employee was completely relieved from duty for thirty minutes. (Doc. 1.)

2. On July 25, 2023, the Court granted Defendant an extension of time, through and including September 8, 2023, to file its answer and defenses to Plaintiff's Complaint. (Doc. 7.) On September 5, 2023, the Court granted Defendant's second request for an extension of time, through and including September 22, 2023, to file its answer and defenses to Plaintiff's Complaint. (Doc. 9.) Defendant thereafter filed its Answer and Defenses to Plaintiff's Complaint on September 22, 2023. (Doc. 12.)

3. On November 2, 2023, the Parties moved the Court to stay all proceedings and deadlines, including a stipulation that all deadlines and statute of limitations on potential wage claims shall be tolled for the Parties and Collective Members. (Doc. 17.) The Court granted the Parties' joint motion and stayed all proceedings through and including February 16, 2024. (Doc. 18.) The Parties also agreed and scheduled ADR with a class action mediator, Michael Russell, to occur on February 9, 2024. (Doc. 15.) Thereafter, the Parties exchanged informal discovery, including pay data for potential collective members. However, due to personal family reasons, counsel for Defendant could not appear at the mediation scheduled for February 9, 2024 and the Court extended the stay through May 13, 2024. (Doc. 21.)

4. The Parties engaged in an in person mediation on May 13, 2024 in Brentwood Tennessee and have resolved all disputes between the Parties. Accordingly, the Parties anticipate filing a motion seeking judicial approval of the settlement reached at mediation within 21 days.

5. The Parties negotiated late into the day on May 13, 2024 and, therefore, are filing this Report on the morning of May 14, 2024.

*[signatures to follow on next page]*

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| *s/ Michael Fradin* | *s/ Lucy Bednarek* |
| Michael L. Fradin, Bar No. 6289502 | Lucy Bednarek, Bar No. 6269389 |
| 8401 Crawford Ave., Suite 104 | LITTLER MENDELSON, P.C. |
| Skokie, Illinois 60076 | 321 North Clark Street, Suite 1100 |
| Telephone: 847.986.5889 | Chicago, IL 60654 |
| Facsimile: 847.673.1228 | Telephone: 312.372.5520 |
| Email: mike@fradinlaw.com | Facsimile: 312.372.7880 |
| | Email: lbednarek@littler.com |
| ***Attorney for Plaintiff*** | ***Attorney for Defendant*** |

3

## **CERTIFICATE OF SERVICE**

Lucy Bednarek, an attorney, hereby certifies that, on May 14, 2024 she caused a copy of the foregoing *Joint Status Report* to be electronically filed with the Clerk of the Court, using the CM/ECF system, which sent notification via electronic mail of such filing to following counsel of record:

Michael L. Fradin, Esq.
8401 Crawford Ave. Ste. 104
Skokie, IL 60076
mike@fradinlaw.com

*s/Lucy Bednarek*