IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Valentina Osayande individually and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**AdventHealth Foundation, Inc.,**<br><br>Defendant. | Case No. 1:23-cv-04362 |

**DEFENDANT'S MOTION TO EXTEND DEADLINE FOR PARTIES TO SUBMIT MOTION TO APPROVE SETTLEMENT AND DISMISS PLAINTIFF'S CLAIMS**

Defendant Adventist Midwest Health d/b/a AdventHealth Bolingbrook, incorrectly named as AdventHealth Foundation, Inc. ("Defendant"), through their undersigned counsel, hereby moves the Court for an extension of time for the Parties to file their Motion to Approve Settlement and Dismiss Plaintiff Claims. In support, Defendant states as follows:

1. On July 6, 2023, Plaintiff filed a collective action under the Fair Labor Standards Act ("FLSA") and class action under the Illinois Minimum Wage Law ("IMWL") against Defendant. Plaintiff alleges that Defendant failed to properly pay its current and former non-exempt employees one and one-half times their regular rate of pay for hours worked in excess of 40 hours per week, failed to factor earned, non-discretionary bonuses into the regular rate for the purpose of determining each employees' appropriate overtime rates of pay, and automatically deducting a thirty-minute meal break from each shift, regardless of whether the employee was completely relieved from duty for thirty minutes. (Doc. 1.)

2. On May 13, 2024, the Parties engaged in an in-person mediation in Brentwood, Tennessee and have resolved all disputes between the Parties. (Doc. 22.) The Court provided the

Parties through and including June 17, 2024 to file a motion to approve the settlement reached at mediation. (Doc. 23.) However, the Parties are still working diligently on the settlement agreement to present to the Court.

3. On June 14 and 18, 2024, Counsel for Defendant emailed Counsel for Plaintiff regarding the relief sought in this Motion, however, as of the date of this filing, Counsel for Plaintiff has not indicated whether Plaintiff opposes the relief sought. Counsel for Defendant inadvertently did not file this Motion on or before June 17, 2024 hoping that Plaintiff would indicate whether she opposed the relief sought.

4. Accordingly, the Defendant respectfully requests extending the deadline for the Parties to submit their Motion to Approve Settlement and Dismiss Plaintiff Claims through and including July 8, 2024.

WHEREFORE, Defendant respectfully requests that the Court extent the Parties' deadline to submit their Motion to Approve Settlement and Dismiss Plaintiff Claims to July 8, 2024.

    Respectfully submitted,

    *s/Lucy Bednarek*
    Lucy Bednarek, Bar No. 6269389
    LITTLER MENDELSON, P.C.
    321 North Clark Street, Suite 1100
    Chicago, IL 60654
    Telephone: 312.372.5520
    Facsimile: 312.372.7880
    Email: lbednarek@littler.com

    **Attorney for Defendant**

**CERTIFICATE OF SERVICE**

Lucy Bednarek, an attorney, hereby certifies that, on June 18, 2024 she caused a copy of the foregoing *Motion to Extend Deadline for Parties to Submit Motion to Approve Settlement and Dismiss Plaintiff Claims* to be electronically filed with the Clerk of the Court, using the CM/ECF system, which sent notification via electronic mail of such filing to following counsel of record:

Michael L. Fradin, Esq.
8401 Crawford Ave. Ste. 104
Skokie, IL 60076
mike@fradinlaw.com

*s/Lucy Bednarek*